**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL PABLO ESQUIVEL-BICALHO JUNIOR,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, New England Field Office Director, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of the Department of Homeland Security,<br><br>Respondents. | Civil Action No. 25-cv- 13866-IT |

**STATUS REPORT**

Pursuant to this Court's Order (Doc. No.: 12), Respondents respectfully provide the Court with the following status update:

1.    Petitioner is scheduled to receive a bond hearing on December 31, 2025 at 8:30 AM.

Dated: December 30, 2025                          Respectfully submitted,

                                                                  LEAH B. FOLEY
                                                                  United States Attorney

                                          By:    /s/ Michael Sady
                                                                  Assistant United States Attorney
                                                                  United States Attorney's Office
                                                                  1 Courthouse Way, Suite 9200
                                                                  Boston, MA 02210
                                                                  Tel.: 617-748-3100
                                                                  Email: michael.sady@usdoj.gov

## CERTIFICATE OF SERVICE

I, Michael Sady, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: December 30, 2025                    By: */s/ Michael Sady*
                                                 Assistant United States Attorney

2