**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DANIEL PABLO | ) | |
| ESQUIVEL-BICALHO JUNIOR | ) | Civil Action No. 1:25-cv-13866-IT |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DAVID WESLING, Acting New England Field | ) | |
| Office Director, TODD LYONS, Acting Director | ) | |
| U.S. Immigrations and Customs Enforcement, | ) | |
| and KRISTI NOEM, U.S. Secretary | ) | |
| of Homeland Security, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**STATUS REPORT**

Petitioner respectfully provides this Court with the following status update regarding the Court's Order issued December 23, 2025.

1. Petitioner was provided with a bond hearing in the Chelmsford Immigration Court on Wednesday, December 31, 2025.

2. The Immigration Judge denied Petitioner's request for bond. The Immigration Judge's written Order states merely that Petitioner "is a danger to the community by clear and convincing evidence"; it does not set out the reasons for that finding. *See Exhibit A.*

3. Additionally, at the bond hearing, the Immigration Judge stated that she did not have jurisdiction to hear Petitioner's arguments that his detention is unlawful.

4. Petitioner respectfully disagrees with the decision of the Immigration Court and has reserved his right to appeal the order before the Board of Immigration Appeals ("BIA") by January 30, 2026. *Id.*

Respectfully submitted,

/s/ Samantha C. Huynh
Samantha C. Huynh (BBO # 713229)
MetroWest Legal Services
1671 Worcester Rd., Suite 203
Framingham, MA 01701
508-620-1830
shuynh@mwlegal.org
*Counsel for Petitioner*

Dated: January 5, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Samantha Huynh, Esq., Attorney for the Petitioner, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: January 5, 2026                                   By: /s/ Samantha C. Huynh
                                                              Attorney for the Petitioner