**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL PABLO ESQUIVEL-BICALHO JUNIOR,<br><br>      Petitioner,<br><br>      v.<br><br>DAVID WESLING, New England Field Office Director, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of the Department of Homeland Security,<br><br>      Respondents. | Civil Action No. 25-cv-13866-IT |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties move this Honorable Court to dismiss this action, without prejudice, parties to bear their own costs and attorney's fees. The relief sought in the Petition has been accomplished through Petitioner's release from custody after the conclusion of his immigration proceedings.

Respectfully submitted,

| PETITIONER | RESPONDENTS |
|---|---|
| By his counsel, | By their counsel,<br>LEAH B. FOLEY<br>United States Attorney |
| */s/ Lisabeth Jorgensen*<br>Lisabeth Jorgensen<br>Metro West Legal Services<br>1671 Worcester Road, Suite 203<br>Framingham, MA 01701<br>(508) 371-4336<br>ljorgensen@mwlegal.org | /s/ *Michael Sady*<br>Michael Sady<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Ste. 9200<br>Boston, MA   02210<br>(617) 784-3362<br>Email: Michael.Sady@usdoj.gov |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated:  June 1, 2026                    By:            */s/ Michael Sady*
                                                       MICHAEL SADY
                                                       Assistant United States Attorney